## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Bertha L. Brown | : | Chapter 13 |
| 5537 Hadfield Street | : | |
| Philadelphia, PA 19143-4020 | : | Number 23-11865-amc |

## NOTICE OF CHANGE OF ADDRESS

Kindly update the address for Creditor, Ardent Credit Union, to reflect the following new address:

>1601 Cherry Street, Suite 2000
>Philadelphia, PA 19102

/s/ Gregory J. Allard
**GREGORY J. ALLARD, ESQUIRE**
**Attorney for Creditor**