**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>    **BERTHA L. BROWN**<br><br><br><br>      **Debtor** | **Chapter 13**<br><br>**Case No.23-11865-AMC** |

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

Respectfully submitted,

Date: July 15, 2026        By:  */s/ Kenneth E. West*

                          Kenneth E. West, Esquire, Chapter 13 Trustee
                          190 N. Independence Mall West
                          Suite 701
                          Philadelphia, PA  19106
                          (215) 627-1377 (Phone)