United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-11865-amc

Bertha L. Brown                                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 3

Date Rcvd: Jul 15, 2026                       Form ID: 138OBJ                                 Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|-----------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|----------|---|----------------------------|
| db | | Bertha L. Brown, 5537 Hadfield St, Philadelphia, PA 19143-4020 |
| 14801472 | + | Ardent Credit Union, c/o Gregory J. Allard, Esquire, Watson & Allard, PC, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14805725 | + | CPPIB Credit Structured US II Gp Inc., Service Finance Co. LLC, 555 S. Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 14801471 | + | Gregory J. Allard, Esquire, Watson & Allard, PC, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14794563 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14794566 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14794569 | | Raymour & Flanigan, 7272 Morgan Rd, Liverpool, NY 13090-4535 |
| 14794573 | # | Watson & Allard P.C., 24 Regency Plz, Glen Mills, PA 19342-1001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|----------|----------------------------|-----------|----------------------------|
| smg | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14872726 | + Email/Text: membersolutions@ardentcu.org | Jul 16 2026 01:59:00 | Ardent Credit Union, 1601 Cherry Street, Suite 2000, Philadelphia, PA 19102-1305 |
| 14794557 | Email/Text: membersolutions@ardentcu.org | Jul 16 2026 01:59:00 | Ardent Federal Credit Union, 1500 Spring Garden St Ste 500, Philadelphia, PA 19130-4070 |
| 14815340 | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14794558 | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14794559 | Email/Text: bankruptcy@philapark.org | Jul 16 2026 02:01:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14794560 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2026 02:07:33 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14794561 | Email/Text: bankruptcy@greenskycredit.com | Jul 16 2026 02:00:00 | Greensky, LLC, Attn: Bankruptcy, 5565 Glenridge Connector Ste 800, Atlanta, GA 30342-4796 |
| 14794562 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2026 02:00:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14810674 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2026 02:00:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14794568 | Email/Text: Bankruptcy.Notices@pnc.com | | |

District/off: 0313-2                          User: admin                          Page 2 of 3

Date Rcvd: Jul 15, 2026                     Form ID: 138OBJ                     Total Noticed: 26

| | | Jul 16 2026 02:00:00 | PNC Mortgage, Attn: Bankruptcy, 249 5th Ave, Pittsburgh, PA 15222-2707 |
| 14796508 | Email/Text: amps@manleydeas.com | Jul 16 2026 02:00:00 | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14794564 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2026 02:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14794565 | ^ MEBN | Jul 16 2026 01:58:09 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14794567 | Email/Text: bankruptcy@philapark.org | Jul 16 2026 02:01:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14794570 | Email/Text: servicing@svcfin.com | Jul 16 2026 02:00:00 | Service Finance Company LLC, 555 S Federal Hwy Ste 200, Boca Raton, FL 33432-6033 |
| 14794571 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2026 02:01:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14794572 | ^ MEBN | Jul 16 2026 01:57:48 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| GREGORY J. ALLARD | on behalf of Ardent Credit Union gregory.allard@watsonandallard.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | |

District/off: 0313-2                          User: admin                                    Page 3 of 3

Date Rcvd: Jul 15, 2026                       Form ID: 138OBJ                            Total Noticed: 26

    on behalf of Debtor Bertha L. Brown help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK

    on behalf of Next of Friend Eraina Brown help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 138OBJ* (6/24)–doc 46 – 44

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
   Bertha L. Brown                              )            Case No. 23–11865–amc
                                    )
                                    )
   Debtor(s).                                   )            Chapter: 13
                                    )
                                    )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 15, 2026                                        For The Court

                                                 Mohung Wong
                                                 Clerk of Court