United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 23-11865-amc

Bertha L. Brown                                                                                         Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 3

Date Rcvd: Aug 06, 2026                       Form ID: 3180W                                 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Bertha L. Brown, 5537 Hadfield St, Philadelphia, PA 19143-4020 |
| nof | + | Eraina Brown, 5537 Hadfield St., Philadelphia, PA 19143-4020 |
| 14801472 | + | Ardent Credit Union, c/o Gregory J. Allard, Esquire, Watson & Allard, PC, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14805725 | + | CPPIB Credit Structured US II Gp Inc., Service Finance Co. LLC, 555 S. Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 14801471 | + | Gregory J. Allard, Esquire, Watson & Allard, PC, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14794563 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14794566 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14794569 | | Raymour & Flanigan, 7272 Morgan Rd, Liverpool, NY 13090-4535 |
| 14794573 | # | Watson & Allard P.C., 24 Regency Plz, Glen Mills, PA 19342-1001 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 07 2026 01:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14872726 | + | Email/Text: membersolutions@ardentcu.org | Aug 07 2026 01:52:00 | Ardent Credit Union, 1601 Cherry Street, Suite 2000, Philadelphia, PA 19102-1305 |
| 14794557 | | Email/Text: membersolutions@ardentcu.org | Aug 07 2026 01:52:00 | Ardent Federal Credit Union, 1500 Spring Garden St Ste 500, Philadelphia, PA 19130-4070 |
| 14794558 | | Email/Text: megan.harper@phila.gov | Aug 07 2026 01:53:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14815340 | | Email/Text: megan.harper@phila.gov | Aug 07 2026 01:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14794559 | | Email/Text: bankruptcy@philapark.org | Aug 07 2026 01:53:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14794560 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 07 2026 02:02:16 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14794561 | | Email/Text: bankruptcy@greenskycredit.com | Aug 07 2026 01:52:00 | Greensky, LLC, Attn: Bankruptcy, 5565 Glenridge Connector Ste 800, Atlanta, GA 30342-4796 |
| 14794562 | | EDI: IRS.COM | Aug 07 2026 05:40:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14810674 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 07 2026 01:52:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2026 | Form ID: 3180W | Total Noticed: 27 |

| | | | |
|---|---|---|---|
| 14794568 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 07 2026 01:52:00 | PNC Mortgage, Attn: Bankruptcy, 249 5th Ave, Pittsburgh, PA 15222-2707 |
| 14796508 | Email/Text: amps@manleydeas.com | Aug 07 2026 01:52:00 | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14794564 | EDI: PENNDEPTREV | Aug 07 2026 05:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14794565 | ^ MEBN | Aug 07 2026 01:49:47 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14794567 | Email/Text: bankruptcy@philapark.org | Aug 07 2026 01:53:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14794570 | Email/Text: servicing@svcfin.com | Aug 07 2026 01:52:00 | Service Finance Company LLC, 555 S Federal Hwy Ste 200, Boca Raton, FL 33432-6033 |
| 14794571 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 07 2026 01:53:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14794572 | ^ MEBN | Aug 07 2026 01:49:16 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| NONE | *+ | Ardent Credit Union, 1601 Cherry Street, Suite 2000, Philadelphia, PA 19102-1305 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| GREGORY J. ALLARD | on behalf of Ardent Credit Union gregory.allard@watsonandallard.com |
| KENNETH E. WEST | |

District/off: 0313-2                          User: admin                                      Page 3 of 3

Date Rcvd: Aug 06, 2026                       Form ID: 3180W                                   Total Noticed: 27

                              ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK

                              on behalf of Debtor Bertha L. Brown help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK

                              on behalf of Next of Friend Eraina Brown help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

                              USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Bertha L. Brown | Social Security number or ITIN   xxx–xx–9109 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   23–11865–amc

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bertha L. Brown

8/6/26

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2